DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUBEN MENDEZSALES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0272

[January 25, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis, Judge; L.T. Case No. 50-2018-CF-001988-AXXX-MB.

Carey Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Lindsay A. Warner, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***